# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRISSOM, SR., | Case No. ED CV 14-1356 PA (MRW) |
| Plaintiff, | |
| v. | JUDGMENT |
| RIVERSIDE COUNTY REGIONAL MED. CTR., et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: November 24, 2014   _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE